DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RAZNY JEWELERS, LTD.,**
Appellant,

v.

**BARRY MANKO,**
Appellee.

No. 4D20-1819

[March 11, 2021]

Appeal of a non-final order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; William W. Haury, Jr., Judge; L.T. Case No. CACE18-023221.

Jonathan Bloom of Bloom & Freeling, Boca Raton, for appellant.

Michelle Rebecca Pardoll of Pardoll Law, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, CONNER, and KLINGENSMITH, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***